UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | No. 3:22-CR-366 |
| : | FILED |
| ROBERT MAVERICK VARGO, : | SCRANTON |
| Defendant : | JAN 13 2023 |
| | PER _____ |
| | DEPUTY CLERK |

## MOTION TO WITHDRAW PLEA

NOW, this 13TH day of January 2023, **ROBERT MAVERICK VARGO**, defendant in the above-captioned matter, after consultation and assistance of his counsel, moves the Court to be permitted to withdraw his plea of not guilty and to enter a plea of guilty to Count 2 of the Indictment.

_____
ROBERT MAVERICK VARGO

## O R D E R

NOW, this 13TH day of January 2023, the foregoing Motion To Withdraw Plea is granted.

_____
JUAN R. SANCHEZ
UNITED STATES DISTRICT JUDGE

## P L E A

NOW, this 13TH day of January 2023, the Defendant, **ROBERT MAVERICK VARGO**, withdraws his plea of not guilty and pleads guilty to Count 2 of the Indictment in the above-captioned matter.

_____
ROBERT MAVERICK VARGO